**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Blake Lynch,<br><br>        Plaintiff,<br><br>v.<br><br>American Express,<br><br>        Defendant. | No. CV-25-04671-PHX-KML<br><br>**ORDER** |

      Plaintiff Blake Lynch filed a proof of service indicating that Lynch sent a "copy of the Summons and Complaint" to defendant via certified mail. (Doc. 9 at 1.) Lynch later applied for entry of default and defendant's default was entered. (Docs. 14, 15.)

      According to Rule 4(c), "[a]ny person who is at least 18 years old and *not a party* may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2) (emphasis added); *see also Constien v. United States*, 628 F.3d 1207, 1217 (10th Cir. 2010) (service improper because mailings were done by plaintiff herself, "not by a nonparty, as required by Rule 4(c)"). Because it appears Lynch personally mailed the summons and complaint, the service reflected on the docket is insufficient. The default is vacated and Lynch must file proof of proper service.

/
/
/
/

Accordingly,

**IT IS ORDERED** the Entry of Default (Doc. 15) is **VACATED**.

**IT IS FURTHER ORDERED** no later than **March 27, 2026**, plaintiff shall file a proof of service that complies with all applicable rules and laws.

Dated this 4th day of February, 2026.

_____
Honorable Krissa M. Lanham
United States District Judge